THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIK DONALDSON, Appellant. [815 NYS2d 838]—Appeal from a judgment of the Supreme Court, Erie County (Penny M. Wolfgang, J.), rendered November 29, 2004. The judgment convicted defendant, upon his plea of guilty, of attempted robbery in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Kehoe, J.P., Gorski, Martoche, Pine and Hayes, JJ.